IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | 8:00CR193 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | JUDGMENT |
| | ) | |
| ROGELIO MERCADO, | ) | |
| | ) | |
| Defendant, | ) | |

In accordance with the order filed on this date,

IT IS HEREBY ORDERED, ADJUDICATED AND DECREED that the "Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody" filed by the defendant, Rogelio Mercado, is dismissed without prejudice.

DATED this 6th day of July, 2005.

BY THE COURT:

s/ Joseph F. Bataillon
JOSEPH F. BATAILLON
UNITED STATES DISTRICT JUDGE